IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

vs.                                        No. CV 21-01011 RB/KBM

CURRY COUNTY ADULT DETENTION CENTER,

    Defendant.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Claim for Damage, Injury, or Death filed by Plaintiff Myrtis Paulo Hart (Doc. 1, Doc. 2 (redacted), Doc. 8) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the Claim for Damage, Injury, or Death filed by Plaintiff Myrtis Paulo Hart (Doc. 1, Doc. 2 (redacted), Doc. 8) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE